Peter J. NEILANS, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 01–3376.

United States Court of Appeals, Federal Circuit.

Dec. 14, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

Stephen A. PERRY, Administrator, General Services Administration, Appellant,

v.

SPRINT COMMUNICATIONS COMPANY, L.P., Appellee.

No. 01–1618.

United States Court of Appeals, Federal Circuit.

Dec. 14, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

Allen SHAW, Petitioner,

v.

DEPARTMENT OF THE NAVY, Respondent.

No. 01–3065.

United States Court of Appeals, Federal Circuit.

Dec. 17, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).